THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRODIGY FINANCE CM2017-1 DAC,<br><br>        Plaintiff,<br><br>  v.<br><br>PENHA CRISTINA BRAGA MARTINS,<br><br>        Defendant,<br><br>BANK OF AMERICA, N.A.,<br><br>        Garnishee. | CASE NO. MC22-0100-JCC<br><br>ORDER |

This matter comes before the Court on Plaintiff's Application for a Writ of Garnishment (Dkt. No. 1). Plaintiff asks the Court to direct the Clerk to issue the writ pursuant to Chapter 6.27 of the Revised Code of Washington. (*See* Dkt. No. 1.) But the writ, as proposed, contains certain deficiencies. First, the amount of total indebtedness, as detailed in the writ, does not agree with the indebtedness referenced earlier in the same document. (*See* Dkt. No. 1-2 at 1.) Second, the writ lacks the disclosure required for judgments associated with private student loan debt. (*Id.*) And based on the record in the underlying action, it appears that the source of the judgment is, in fact, a private student loan debt. *See Prodigy Finance CM2017-1 DAC v. Penha Cristina Braga Martins*, Case No. C21-1601-JCC, Dkt Nos. 2-1, 2-4 (W.D. Wash 2021). Washington law

requires that writs "issued under an order or judgment for private student loan debt" disclose the nature of the debt to the garnishee. RCW 6.27.100(1)(b). Plaintiff is ORDERED to file a revised writ correcting these deficiencies, which the Clerk is DIRECTED to then issue.

DATED this 9th day of November 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE