THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| PRODIGY FINANCE CM2017-1 DAC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PENHA CRISTINA BRAGA MARTINS,<br><br>　　　　Defendant,<br><hr>BANK OF AMERICA, N.A.,<br><br>　　　　Garnishee. | CASE NO. MC22-0100-JCC<br><br>ORDER |

THIS MATTER comes before the Court on Plaintiff's motion for disbursement of funds held by Garnishee, Bank of America, N.A. (Dkt. No. 8). It appearing that Garnishee has filed its answer herein stating that it holds funds of Defendant, Penha Cristina Braga Martins, in the sum of $17,032.53; that Plaintiff has judgment unsatisfied against Defendant exceeding this amount; that more than twenty (20) days have elapsed since service of the Writ of Garnishment and Garnishee's answer thereto; and that signed affidavit or return of service of the Writ of Garnishment and the Application for Writ of Garnishment (including a copy of the underlying judgment) indicating service upon Defendant either by personal service or by Certified mail is on file herein now, therefore, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

ORDER
MC22-0100-JCC
PAGE - 1

1. The Clerk of Court is directed to enter judgment in favor of Plaintiff and against the Garnishee in the sum of $17,032.53, representing garnished amounts of Defendant Penha Cristina Braga Martins currently held by Garnishee;

2. Garnishee is directed to disburse this amount in satisfaction of this judgment to Wong Fleming Trust Account, 9840 Willows Road, NE, Suite 200, Redmond, WA 98052;

3. Upon such payment, Garnishee shall be automatically discharged from this action; and

4. Upon receipt of said sum, Plaintiff shall cause an appropriate satisfaction of judgment to be filed in this action with respect to the judgment described above.

DATED this 24th day of January 2023.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE